RECEIVED
IN MONROE, LA

DEC 2 9 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

JESSIE GUYEWSKI                    CIVIL ACTION NO. 05-0400-M

VS.                                SECTION P

DANNY McGREW, ET AL.               JUDGE JAMES

                                   MAGISTRATE JUDGE HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein, and after an independent review of the record, determining that the

findings are correct under the applicable law, and noting the absence of objections to the Report

and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance

with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this _28_ day

of _December_ , 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE